OGDEN ALLIED MAINTENANCE CORPORATION, Plaintiff—Appellant,

v.

FORMICA CORP.; Sierra Plant; Service Employees International Union, Local 22, Defendants—Appellees.

No. 00–35394.

D.C. No. CV–97–01846–FCD(PAN).

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Dec. 4, 2001.

Decided Dec. 7, 2001.

[*] This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

**846**

Before BRUNETTI, KLEINFELD and THOMAS, Circuit Judges.

MEMORANDUM *

After careful consideration of the record, the briefs and the oral arguments provided by the parties, we affirm the judgment of the district court for the reasons given in the district court's memorandum and order filed March 24, 2000.

**AFFIRMED.**

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

